# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 10 WM 2015
:
             Respondent       :
:
:
:
             v.              :
:
:
:
WILLIAM RAUCH,          :
:
             Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122(B). Counsel is **DIRECTED** to file the already-prepared Petition for Allowance of Appeal within five days.